JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANA L., | ) | NO. CV 22-3416-KS |
|     Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) | |
|     Defendant. | ) ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: July 21, 2023

*Karen L. Stevenson*
KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE